```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KEN CALLEN,                                                   :
                                                              :
                                        Plaintiff,            :    22 Civ. 1903 (LGS)
                                                              :
                    -against-                                 :    ORDER
                                                              :
RESONANT INC., et al.,                                        :
                                                              :
                                        Defendants.           :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS this case was referred to Magistrate Judge James L. Cott on March 10, 2022, for general pretrial (Dkt. No. 6). It is hereby

    **ORDERED** that the Order of referral at Dkt. No. 6 is VACATED.

Dated: April 12, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE